```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

|  |  |
|---|---|
| ROBERT W. GLOMB, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action |
| § | No. C-06-473 |
| THE UNITED STATES OF AMERICA, § | |
| et al., § | |
| § | |
| Defendants. § | |

**<u>ORDER</u>**

On July 16, 2007, the Defendant United States of America filed a "Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment" in the above-styled action (D.E. 24). The United States "moves to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56." (<u>Id.</u>, p. 1).

The Court hereby ORDERS that the Court will treat the above-referenced motion filed by the United States solely as a motion for summary judgment, filed pursuant to Federal Rule of Civil Procedure 56. The Court will <u>not</u> treat the above-referenced motion as a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff shall respond to the United States' motion for summary judgment in accordance with Local Rules 7.3 and 7.4, within twenty days after the date the United States filed the above-

referenced motion.

SIGNED and ENTERED this 17th day of July, 2007.

_____
Janis Graham Jack
United States District Judge